**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 4 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT EARL BAILEY, #533115,<br>Plaintiff, | )<br>)<br>) |
| v. | )    3:05-CV-0637-B<br>)    ECF |
| MIKE CANTRELL, et al.,<br>Defendants. | )<br>) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DENIES as moot Plaintiff's motions for injunction and for relief from retaliation (Docket # 290 and #293).

SO ORDERED this 4th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE